JOYCE MARIE CARR ET AL V. STATE

No. 33,698.   November 29, 1961
Motion for Rehearing Overruled January 10, 1962

*Toby Goldsmith,* Fort Worth, for appellants.

*Doug Crouch,* Criminal District Attorney, *G. V. M. Minton,* Assistant Criminal District Attorney, Fort Worth, and *Leon Douglas,* State's Attorney, Austin, for the state.

BELCHER, Judge.

This is an appeal from a final judgment entered against the appellants in a bond forfeiture proceeding.

The disposition hereof is controlled by the decision in **Daniels** et al v. State, No. 33,696, this day decided.   (Page 596) 352 S.W. 2d 267.

The judgment is affirmed.

Opinion approved by the Court.